# In the United States Court of Federal Claims

No. 05-1302 C
(Filed February 10, 2006)

***********************************
HUSKY SOUTH BYPASS *
APARTMENTS, LP *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant, *
************************************

**ORDER**

On February 10, 2006, parties filed a Joint Motion for a Stay of Proceedings. Plaintiff and defendant request a stay of further proceedings in this matter until after the conclusion of ADR proceedings in several related cases.

s/ James F. Merow
James F. Merow
Senior Judge